In the Matter of the Claim of ALFRED CARLSON, Respondent, against DEVOE & REYNOLDS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board. Claimant had been in the employ of Devoe & Reynolds mixing paints for fourteen years. He was temporarily laid off on June 29, 1930. About a month thereafter, the doctor diagnosed claimant's condition as lead poisoning. The evidence supports the finding that claimant contracted the lead poisoning within one year prior to the disablement

therefrom. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.